Inn Thee U.S. Federal (5th) Circuit Court Judicial District Out of thee Delta and Western Divisions inn Oxford, Missisisppi for Bledsoe Co. Inn Pikesville, Tennessee TN-D.O.C.: Tennessee Department of Corrections In The (6th) Sixth Circuit butt (12th) Twelfth Judicial District Complaint Rises butt Want an Change of Venue do to lack of Personal Jurisdiction and lack of personal Knowledge admiting the TRUTH TO COVER MY OWN INOEPENDANCE AS AN INDIVIDUAL. · 3:16CV159-DMB-DAS

RECEIVED

JUL 0 1 2016

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

HALE, THOMAS D. PRO SE Attorney!
AKA Rhealtale, Thomas Daniel Eugene
Thomas Daniel Eugene Hale Alias
Login Name Dana The Soloist.
D.O.B. 03/20/1968 SSNA NO. ▬▬▬
TNDOC NO. B.P.R. NO. 00130892
1045 Horsehead Rd Pikesville, TN. 37367
703 Georgia Street Johnson City, TN. 37601
1-423-881-3251 ext. 3000 darren l. Settles
and Associate Wardens office number will
be listed above in two lines and this one
1-423-881-74226 Title VI What Im
Filing Now Deliberate Indiffering On
Accounts of my Trust FUNDING Bribery
TO OFFICIAL CONTRACT OF Subsection §1973
ACT AND THE Subsection §1983 ACT; Rehab/
Reform.

— Continued from pg. 1 —

VS.

State of Tennessee (TEST) and Against the peace and dignity of, by, through, with, and for the State! IN THIS WRIT, Filing this (Test) Against the peace and dignity of the State with, through, by, and for them. and WRIT for §1973 Act and §1983 Act through the 2012 Uniform Administrations Procedure Act Revised inn 2014 Signed Nov. 28, 2014. At West Tennessee Penal Farm State — Penitentary inn henning, Tn. 38041 Where old fort pillow penitentary was and inn fall creek, TN. for lauderdale County in and about Ripley, TN. Region West Point Academy for Tennessees Treatment Correction Academy and their Professional Special Management Academy Now in Chattanooga, TN. Region around Bledsoe County Correctional Complex the Pikesville, Tennessee Regions bank on it now heres more defendents in their fulliest Culpability Capacity suing W/ this Petitioned Complaint exercising and asking for ultimate Release in abilities instilled in myself licensing me in this Court before needing a copy of the Rules, Regulations, and Procedures for and in. AL

— Continued from pg. 2 —
  defendants, et. al.

Associate Warden of Security Bert Boyd
Associate Warden of Treatment Darren L. Settles
Associate Warden of Security/Treatment for
the Women Shannon Green
inmates Jobs Manager Janice A. Holt
Fiscal Services Joe Wolfe-Mezeres
Emily Gibson
Wes Landers
Lisa Parks
Nikki Potts
Pam Hyler
Ashraf Gabous
Eric Qualis
Tony Howerton
Tausha Mitchell
Melvin Tiry
Mary Moewe
Janice Plautz
Sid Albert
Tamara Taylor
Jean Mills
Tommy Mills
Joel Foster
Patricia Spears
LaRayne Evans
Correctional Administrators
Brian Waller
Jeff Johns
Tom Lyle
Contract Compliance Managers
Mike Johnson
Cindy Shouman
Emily O'malley - Laursen

- Continued from pg. 3 -

ADA Coordinator Steve Coleman and
Loretta Coleman at WTSP/Steve Coleman
at BCCX.
Human Resources Administrator
Wendy Davis
OIC
Captain Higdon Chief-of-security
Notary Republic w/education, library, Chapel
Eric Johnson
Avis Cagle
Karen Hickey
Carrie Waxler
rick hassier
Institutional Parole Officers
bayless, melissa
lawhorne, doug
(Western Union)→ JPAY. Com Company for Money Transfers and Trust accounts
┌ Globel Tel*Link Phone company out of
│ Denver, Colorado (CO) 80291-1705 Zip Coded
└ Dept. 1705
Chief Counselor and/ counselors
Valerie Nichols
Chris Shook — CCO
Kim White
Patty Lovitt
Jeff Hayes
Teri Fuson
Lucas Trantham
Paull Oakes
Deanna Daughtery
Kenny Rogers

— Continued from pg. four (4). —

John Tollett
Kemara Allen
Chris Underwood
Jarett Stokes
Christy Miller

Eric Paulk
Jack Hackerman
Benjamin Brown
Robert Barnett
Courtney McMahon
Rachel Smith
James Fischer
Sandra Santos
Donna Stone
Juanita Stone
Linda Farris
Unit Manager 21
David Janow
Lt. Valerie Davis
Sgt. Lawson
Cpl. Stewart
Cpl. Randy Young
Cpl. Hollinsworth and/or Hollingsworth
CCO Velma Neal Barnett or Burnett
IRC Kyle Yates
IRC Matthew Pickett
Justin Thompson Recreation
Dakota Seamons Recreation

— Continued from pg. 5 —

Sgt./Lt. Daniel Henry Grievance Chairperson

Grievance Review Committee

Sgt. Patricia Speck

Sgt. K. Hargis

Unit Manager Randy Lewis

Inmate Council member Donald Deathridge
00494845

Inmate Council member Cedric Bryant
00361674

IRC Jay Yearwood Staff Grievance Board
Member

Jessica Scott Staff Grievance Board
member

Inmate Craig Fultz Grievance Board
Member 00369075

Inmate Ricky Melvin Grievance Board
Member 00111686

Inmate Scott Deem Grievance Board
Member 00359606

Chaplins

Greg Williams

Smith (Coloured Afrikan-American)

Pete Brown

Mike and diann Hobersome

Educators

Dean Phil Asberry

Walter Lee - Teacher

PREA Compliance manager Ginger Davis

Law Library and Assistant

Alexander Baxter 00145056 (Inmate)

Mack Thompson (Inmate)

— Continued from pg.6 —

Prea Family Victim Advocate
Dr. Tamela Sadler

Inmate Disciplinary Advisors for BCCX
Theodore Hunt 00503880
Martinez Alverdo 002854466
Jerry Lane or Layne 00203681
Shannon Graham 00453714

Institutional STG Investigators / Internal
Affairs
Sean Smith
Jackie Blankenship
William Graves

These I file against:
Section 1983 State and Federal
Section 1973 through 2014 revised
Reform Acts / and Uniform Administrative
Procedures Acts along w/ Rehabilitative Act
American Disability Act for Im AN
QUALIFIED INDIVIDUAL AND DON'T
WONT NO FULL Hormone Treatment
anymore but what plans made in
the Ripley, TN. Circuit Court w/
Richard Jennings the clerk and
To The Rehabilitative Board on
Grievances For IM AKA Damien Dana
Dated And Docketed for Nov. 28, 2014
Filed IN U.S. Supreme Court by Grant of Appeal

— Continued from pg. 7 —

December 17, 2014, Review case in
Tennessee Claims Commission for the
Eastern Division, and Middle Division and
the Western Division filed again in April 2016
as an formal complaint from September of 2015
and arose out of formal complaints filed in 2012
in April through now under T-20160143
and the other I should have response on
bribery from not honoring and acknowledging
Jailhouse Lawyer thats a PRO SE Attorney
by the PLRA 1996 and The 1968 Case
Johnson v. Avery in the (6ᴺ) Sixth Circuit
Court of Appeals, IN Contract settlement
Private quarter hearing drafting Writ Written
mirth conference.

Also, have Case No. 1:16-CV-106-TRM-CHS
Filed IN April of 2016 and May 2016.
Inn Chattanooga, TN. U.S. District Court
Federal District Court for the South west
Eastern parts of Tennessee The Southeastern
Tennessee Regional Correctional Facility:
Bledsoe County lock-up for Corrections Comple
Complex site 1.

Thank you,

1045 Horsehead Rd
Pikesville, TN 37367

703 Georgia Street
Johnson City, TN 37601

Please send a Copy of your
Constitution Bill of Rights for
the State and by the State
and Local Regulated, Rules,
and Procedure

"S/x Dana The Soloist"

BN: Do to Undue Hardship Can't make
copies nor usage of PDF's or Computers. "[S/x Hale, Thomas D.]"

"[S/X/HALE, Thomas D.]"
00130892 210206
1045 Horsehead Rd
Pikesville, Tennessee 37367

— Priviledged mail
Legal Mail
Special mail —

RECEIVED
JUL 13 2016
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI



U.S. POSTAGE >> PITNEY BOWES
ZIP 37367
02 1W    $ 000.67⁵
0001382119 JUN 28 2016



U.S. District Court for IIth Circuit Region
Delta Division and Western Division
Room 369 Federal Building
911 Jackson Avenue
Oxford, MS 38655

PRIVILEDGED MAIL
"[S/X/HALE]"